UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

VERNON S. POLK,
    Plaintiff,

vs.                                      Case No.:  3:20cv2931/LAC/EMT

DR. LOPEZ-RIVERA, et al.,
    Defendants.
_____/

## ORDER

The chief magistrate judge issued a Report and Recommendation on March 12, 2021 (ECF No. 13).  Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The chief magistrate judge's Report and Recommendation (ECF No. 13) is adopted and incorporated by reference in this order.

2. Plaintiff's claims against Defendants Dr. Lopez-Rivera, Nurse V. Myers, and Warden J. Sloan are **DISMISSED with prejudice** as time-barred, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii), 1915A(b)(1).

3. Plaintiff's claims against Defendants Dr. A. Molina, Dr. G. Semple, Nurse S. Simpson, and Nurse Rush are **DISMISSED with prejudice** for failure to state a claim, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii), 1915A(b)(1).

4. The clerk of court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 14th day of April, 2021.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No.:  3:20cv2931/LAC/EMT